IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21307
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL CHARLES LIPSCOMB,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-160-1
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Court-appointed appellate counsel for Samuel Charles
Lipscomb has requested leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Lipscomb
was sent a copy of counsel's motion and brief, but has not filed
a response.  Our independent review of the brief and the record
discloses no nonfrivolous issues for appeal.  Counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  See 5TH CIR.
R. 42.2.